UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-306-MOC

| | |
|---|---|
| LINDA LUOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand. (Doc. No. 10). The motion is **GRANTED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the motion to remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Furthermore, the Clerk is respectfully instructed to notice Doc. No. 7 (Plaintiff's Brief) as no longer pending.

Max O. Cogburn Jr
United States District Judge